```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 18-05032-HWV
Naser Rostamali                                             Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRatchfor              Page 1 of 1             Date Rcvd: Mar 05, 2019
                              Form ID: ntcnfhrg            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db             +Naser Rostamali,    40 Hillery Court, #A-12,    York, PA 17402-9136
5149271        +BARCLAYS BANK,    125 S. WEST STREET,    WILMINGTON DE 19801-5014
5149272         CAPITAL ONE BANK,    10700 CAPITAL ONE WAY,    HENRICO VA 23238
5149273         CAPITAL ONE BANK,    10700 CAPITAL ONE WAY,    RICHMOND VA 23238
5149277        +RATCHFORD, MICHAEL F. ESQ.,    409 LACKAWANNA AVE., STE. 320,    SCRANTON PA 18503-2059
5149280       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT,    P. O. BOX 5855,    CAROL STREAM IL 60197)
5153690        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5149281        +WELLSPAN,   PO BOX 742688,    CINCINNATI OH 45274-2688
5149282        +YORK HOSPITAL DENTAL CENTER,    1001 S. GEORGE ST.,    YORK PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5145631         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 19:42:23
                 Capital One Bank (USA), N.A.,   PO Box 71083,    Charlotte, NC  28272-1083
5149274         E-mail/Text: mrdiscen@discover.com Mar 05 2019 19:34:24      DISCOVER FINANCIAL SERVICES,
                 P. O. BOX 15316,   WILMINGTON DE 19850-5316
5153741        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 19:35:13      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5149275        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 19:35:13      MIDLAND FUNDING, LLC,
                 2365 NORTHSIDE DR. SUITE 300,   SAN DIEGO CA 92108-2709
5149276         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:53:25
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD. SUITE 1,    NORFOLK VA 23502
5157682         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:42:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5137100        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:42:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5149278         E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 19:41:42      SAMS CLUB,   C/O SYNCHRONY BANK,
                 P. O. BOX 965005,    ORLANDO FL 32896-5005
5149279         E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 19:42:04      SYNCHRONY BK - WALMART,
                 PO BOX 965024,    ORLANDO FL 32896-5024
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
5149270          18-05032
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Sara A Austin    on behalf of Debtor 1 Naser  Rostamali saa2@austinllc.com,
               jhughes@austinllc.com;r64954@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Naser Rostamali,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−05032−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 5, 2019 |

ntcnfhrg (03/18)