Certificate Number: 17572-PAM-DE-036454281

Bankruptcy Case Number: 18-05032



17572-PAM-DE-036454281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2022</u>, at <u>6:12</u> o'clock <u>PM PDT</u>, <u>Naser Rostamali</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 5, 2022</u>           By:     <u>/s/Benjamin E Wunsch</u>

                                     Name:   <u>Benjamin E Wunsch</u>

                                     Title:  <u>Counselor</u>